# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KENNETH M. BROOME, ) | CHAPTER 7 NO. |
| ) | 08-10151-SDB |
| DEBTOR. ) | |

## APPLICATION FOR LEAVE TO SELL FREE AND CLEAR OF LIENS

**NOW COMES** A. Stephenson Wallace and shows the Court the following:

**1.**

A. Stephenson Wallace is the duly appointed and acting Trustee in the above proceeding.

**2.**

Assets of the bankruptcy estate include the following items of personal property: one (1) homemade boat trailer; one (1) 2005 Triton bass boat; one (1) 1995 Chevrolet truck; one (1) Honda four-wheeler; one (1) Case tractor and implements; one (1) Ben Pearson muffler bender; and one (1) 1965 Mustang automobile, VIN # 10A76T0TC185435.

**3.**

Applicant has received an offer from R. Jay Lagroon to purchase these items from the bankruptcy estate for $4,500.00, cash at closing, as more fully shown on Exhibit "A" attached hereto.

**4.**

The proposed buyer is the husband of the ex-wife of the Debtor, Kelli Barnett Broome, who has an unsatisfied judgment against Debtor recorded in the Office of the Clerk of the Superior Court of Lincoln County, Georgia.

**5.**

To the best of Applicant's knowledge and belief, the property described in Paragraph 2 is subject to the following encumbrance:

(a)   Judgment in favor of Kelli Sue Broome in Civil Action No. 06CV9073, Lincoln County Superior Court.

**6.**

Applicant proposes to sell the property free and clear of all liens, with valid liens, if any, attaching to the proceeds of the sale. Further, the property is to be sold "as is".

**7.**

In the opinion of Applicant, acceptance of the offer stated above is in the best interest of the bankruptcy estate and all parties at interest.

**WHEREFORE**, Applicant prays that after notice and hearing the proposed sale be approved; that he be authorized to consummate the sale; and that he have such other and further relief as is just and proper under the circumstances.

/s/ A. Stephenson Wallace
A. STEPHENSON WALLACE, TRUSTEE
Attorney for Trustee
Georgia State Bar No. 733650

OF COUNSEL:

A. STEPHENSON WALLACE, P.C.
P.O. BOX 14308
AUGUSTA, GA 30919
(706)863-0400

EXHIBIT "A"

| | | | |
|---|---|---|---|
| BOATS: | One (1) Homemade house boat | PRICE: | $250.00 |
| | One (1) 2005 Triton bass boat | | $2,000.00 |
| VEHICLES: | One (1) 1995 Chevrolet truck | PRICE: | $400.00 |
| | One (1) Ford Mustang | | $700.00 |
| | One (1) Honda four-wheeler | | $50.00 |
| | Case tractor & all implements | | $700.00 |
| EQUIPMENT: | One (1) Ben Pearson muffler bender | | $400.00 |
| TOTAL: | $4,500.00 | | |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Application for Leave to Sell Free and Clear of Liens** has been served either electronically, via ECF, or by United States mail upon the following:

Mr. James C. Overstreet
Attorney at Law
#7 George C. Wilson Ct.
Augusta, GA 30900

Mr. Matthew E. Mills
Assistant U.S. Trustee
222 West Oglethorpe Avenue
Suite 302
Savannah, GA 31412

Mr. Kenneth M. Broome
504 Trestle Rd.
Greenwood, SC 29649

Kelli Sue Broome
C/O John B. Long
Attorney at Law
P.O. Box 2426
Augusta, GA 30903

R. Jay Lagroon
791 Highway 7
McCormick, SC 29835

This <u>8th</u> day of <u>December</u>, 2009.

/s/ A. Stephenson Wallace
A. STEPHENSON WALLACE
Georgia State Bar No. 733650